IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICKIE BARNES,

                    Plaintiff,

        v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                    Defendant.

No. CV 07-750-ST

JUDGMENT

**MOSMAN, J.,**

        Based on the Opinion and Order of the court entered September 30, 2008 (#14) adopting

the Magistrate Judge's Findings and Recommendations (#12),

        IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED

with respect to the period from September 23, 2003 through December 31, 2005, REVERSED

with respect to the period from January 1 to September 19, 2006, and REMANDED for consi-

deration of plaintiff's disability under the regulations in effect on the date of the ALJ's decision.

        DATED this __30th__ day of September, 2008.

                    /s/ Michael W. Mosman_____
                    MICHAEL W. MOSMAN
                    United States District Judge

PAGE 1 - JUDGMENT